

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Pletze Brown, Jr., and All Other Occupants, Appellants

No. 06-14-00105-CV          v.

CitiMortgage, Inc., Appellee

Appeal from the County Court at Law No. 2 of Dallas County, Texas (Tr. Ct. No. CC-14-04645-B).  Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Pletze Brown, Jr. and All Other Occupants, pay all costs of this appeal.

RENDERED MAY 22, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk